## Commonwealth *v.* Robinson, Appellant.

Submitted December 11, 1970. *Bernard L. Segal, Joel D. Caney, Edward M. Kopanski,* and *Needleman, Needleman, Segal, Tabb & Eisman,* for appellant; *Louis A. Perez, Jr.,* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.